UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT EARL PRATT, JR., #602402, | ) | |
| Petitioner, | ) | |
| | ) | No. 1:18-cv-1217 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| S. L. BURT, | ) | |
| Respondent. | ) | |
| | ) | |

## JUDGMENT

The Court has denied Robert Pratt's § 2254 petition for habeas relief. There are no pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 3, 2019 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge